UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
(BROOKLYN)

| IN RE: EXACTECH POLYETHYLENE ORTHOPEDIC PRODUCTS LIABILITY LITIGATION _____/ | MDL No. 3044 (NGG) (MMH) Case No.: 1:22-md-03044-NGG-MMH District Judge Nicholas G. Garaufis Magistrate Judge Marcia M. Henry |
|---|---|

**THIS DOCUMENT RELATES TO:**

Richard Lee
Case No. 1:24-cv-06015

## SHORT FORM COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff(s) files this Short Form Complaint and Demand for Jury Trial against the Defendants named below. Plaintiff(s) incorporates by reference the allegations, Causes of Action, and requested relief contained in the Amended Master Personal Injury Complaint filed in *In re: Exactech Polyethylene Orthopedic Products Liability Litigation,* MDL No. 3044, Case No. 1:22-md-03044 ("Amended Master Personal Injury Complaint" or "AMPIC").[1]

Plaintiff(s) further alleges as follows:

I.  **IDENTIFICATION OF PARTIES**

   A.  **PLAINTIFF(S)**

1. Injured Plaintiff(s): Name of the individual(s) implanted with and injured by an Exactech Device.

   Richard Lee
   ―――――――――――――――――――――――
   ("Plaintiff(s)")

---

[1] Plaintiff may assert additional causes of action and/or name Defendants not otherwise set forth in the Amended Master Personal Injury Complaint. If additional causes of action are asserted and/or new Defendants named, the specific facts supporting any such additional cause of action or the naming of such additional Defendants must be pled in a manner complying with the Federal Rules of Civil Procedure. Additional pages may be attached to this Short Form Complaint, if necessary.

2. At the time of the filing of this Short Form Complaint, Plaintiff resides in the following state:

   Kansas

3. *Consortium Plaintiff(s):* Name of the individual(s) that alleges damages for loss of consortium:

   N/A
   ("Consortium Plaintiff")

4. *Survival and/or Wrongful Death Claims:*
   a. *Representative Plaintiff:* Name of the individual filing this matter and their representative capacity (i.e. administrator or executor of estate):

   N/A
   ("Representative Plaintiff")

   b. Name and state of residence of Decedent Plaintiff when he/or she died as a result of an Exactech Device related injury:

   _____

   c. Decedent Plaintiff died on the following date:

   _____

   **B.    DEFENDANTS**

BEFORE PROCEEDING – PLEASE CAREFULLY READ AND CONSIDER THE PLACES OF INCORPORATION, PRINCIPAL PLACE OF BUSINESS, AND/OR CITIZENSHIP OF EACH DEFENDANT BEFORE SELECTING TO ENSURE THAT YOU ARE NOT NAMING ANY DEFENDANTS FROM THE SAME STATE AS ANY PLAINTIFF. THE PLACE OF INCORPORATION, PRINCIPAL PLACE OF BUSINESS, OR RESIDENCE OF EACH DEFENDANT IS IN THE FOOTNOTES FOR YOUR CONVENIENCE

5. Plaintiff(s) names the following Defendants in this action:

**Exactech Defendants**

☑ Exactech, Inc.[2]

☑ Exactech U.S., Inc.[3]

**Other Defendant(s)** (provide name and state(s) of citizenship for each new Defendant)

---

[2] Florida corporation, with its principal place of business in Gainesville, Florida, and a citizen of Florida.
[3] Florida corporation, with its principal place of business in Gainesville, Florida, and a citizen of Florida.

## II. JURISDICTION

6. The Court has jurisdiction over this matter pursuant to:

    ☑ Diversity of Citizenship

    ☐ Other (any additional basis for jurisdiction must be pled in sufficient detail below or on appended pages as required by the applicable Federal Rules of Civil Procedure):

## III. VENUE / DESIGNATED FORUM

7. Identify the Federal District Court in which the Plaintiff would have filed in the absence of direct filing:

Northern District of Florida

## IV. PLAINTIFF'S EXACTECH DEVICE AND INJURIES

**Exactech Device 1:**

**(NOTE: Answer the following questions for only one Exactech Device.)**

8. Plaintiff was implanted with the following Exactech Device:

**Exactech Hip Devices**
- ☐ Connexion GXL
- ☐ Novation GXL
- ☐ AcuMatch GXL
- ☐ MCS GXL

**Exactech Knee Devices**
- ☑ Optetrak
- ☐ Optetrak Logic
- ☐ Truliant

**Exactech Ankle Device**
- ☐ Vantage

9. Leg in which the Exactech Device was Implanted:
   - [✓] Right
   - [ ] Left

10. Date the Exactech Device was implanted (see also note to paragraph 5 above):

    October 11, 2011

11. State in which the Exactech Device was implanted:

    MO

12. Date the Exactech Device was surgically removed/revised:

    May 29, 2024

13. Plaintiff has suffered the following injuries and complications as a result of this Exactech Device:

    Upon information and belief, Plaintiff has suffered the following injuries, including but not limited to, having to undergo a revision surgery, rehabilitation, pain and suffering, past cost of medical care, future cost of medical care, loss of earning capacity and mental and emotional distress.

**Exactech Device 2:**

**(NOTE: Answer the following questions for only one Exactech Device.)**

14. Plaintiff was implanted with the following Exactech Device:

**Exactech Hip Devices**
- [ ] Connexion GXL
- [ ] Novation GXL
- [ ] AcuMatch GXL
- [ ] MCS GXL

**Exactech Knee Devices**
- [✓] Optetrak
- [ ] Optetrak Logic
- [ ] Truliant

**Exactech Ankle Device**
- [ ] Vantage

15. Leg in which the Exactech Device was Implanted:
- [ ] Right
- [■] Left

16. Date the Exactech Device was implanted (see also note to paragraph 5 above):

    January 10, 2012

17. State in which the Exactech Device was implanted:
    Missouri

18. Date the Exactech Device was surgically removed/revised:

    N/A

19. Plaintiff has suffered the following injuries and complications as a result of this Exactech Device:

> Upon information and belief, Plaintiff has suffered the following injuries, including but not limited to, rehabilitation, pain and suffering, past cost of medical care, future cost of medical care, loss of earning capacity and mental and emotional distress.

**Exactech Device 3:**

**(NOTE: Answer the following questions for only one Exactech Device.)**

20. Plaintiff was implanted with the following Exactech Device:

| **Exactech Hip Devices** | **Exactech Knee Devices** |
|---|---|
| ☐ Connexion GXL | ☐ Optetrak |
| ☐ Novation GXL | ☐ Optetrak Logic |
| ☐ AcuMatch GXL | ☐ Truliant |
| ☐ MCS GXL | |

**Exactech Ankle Device**

☐ Vantage

21. Leg in which the Exactech Device was Implanted:
    ☐ Right
    ☐ Left

22. Date the Exactech Device was implanted (see also note to paragraph 5 above):

    _____

23. State in which the Exactech Device was implanted:

    _____

24. Date the Exactech Device was surgically removed/revised:

    _____

25. Plaintiff has suffered the following injuries and complications as a result of this Exactech Device:

_____

**Exactech Device 4:**

**(NOTE: Answer the following questions for only one Exactech Device.)**

26. Plaintiff was implanted with the following Exactech Device:

| **Exactech Hip Devices** | **Exactech Knee Devices** |
|---|---|
| ☐ Connexion GXL | ☐ Optetrak |
| ☐ Novation GXL | ☐ Optetrak Logic |
| ☐ AcuMatch GXL | ☐ Truliant |
| ☐ MCS GXL | |

**Exactech Ankle Device**

☐ Vantage

27. Leg in which the Exactech Device was Implanted:
☐ Right
☐ Left

28. Date the Exactech Device was implanted (see also note to paragraph 5 above):

_____

29. State in which the Exactech Device was implanted:

_____

30. Date the Exactech Device was surgically removed/revised:

_____

31. Plaintiff has suffered the following injuries and complications as a result of this Exactech Device:

_____

**Exactech Device 5:**

**(NOTE: Answer the following questions for only one Exactech Device.)**

32. Plaintiff was implanted with the following Exactech Device:

| **Exactech Hip Devices** | **Exactech Knee Devices** |
|---|---|
| ☐ Connexion GXL | ☐ Optetrak |
| ☐ Novation GXL | ☐ Optetrak Logic |
| ☐ AcuMatch GXL | ☐ Truliant |
| ☐ MCS GXL | |

**Exactech Ankle Device**

☐ Vantage

33. Leg in which the Exactech Device was Implanted:
☐ Right
☐ Left

34. Date the Exactech Device was implanted (see also note to paragraph 5 above):

_____

35. State in which the Exactech Device was implanted:

_____

36. Date the Exactech Device was surgically removed/revised:

_____

37. Plaintiff has suffered the following injuries and complications as a result of this Exactech Device:

_____

**NOTE: If Plaintiff(s) alleges injuries related to additional Exactech Devices not already identified in this Short Form Complaint, please complete questions 32-37 separately for each additional Exactech Device and attach to this Short Form Complaint.**

## V. CAUSES OF ACTION

38. As to Exactech, Inc., Plaintiff(s) adopts the following Causes of Action asserted in the Amended Master Personal Injury Complaint and the allegations and Prayer for Relief with regard thereto, as set forth therein:

- [✓] First Cause of Action: Strict Liability – Manufacturing Defect
- [✓] Second Cause of Action: Strict Liability – Design Defect
- [✓] Third Cause of Action: Strict Liability – Defect Due to Inadequate Warnings or Instructions
- [✓] Fourth Cause of Action: Negligence
- [✓] Fifth Cause of Action: Breach of Express Warranty
- [✓] Sixth Cause of Action: Breach of Implied Warranty
- [✓] Seventh Cause of Action: Negligent Misrepresentation
- [✓] Eighth Cause of Action: Fraud
- [✓] Ninth Cause of Action: Fraudulent Concealment
- [✓] Tenth Cause of Action: Punitive Damages
- [ ] Eleventh Cause of Action: Loss of Consortium
- [ ] Other: Plaintiff(s) may assert additional theories and/or Causes of Action. If Plaintiff(s) includes additional theories and/or Causes of Action, the specific facts and allegations supporting additional theories and/or Causes of Action must be pleaded by Plaintiff in sufficient detail as required by the Federal Rules of Civil Procedure. Attach additional pages to this Short Form Complaint, if necessary.

39. As to Exactech U.S., Inc., Plaintiff(s) adopts the following Causes of Action asserted in the Amended Master Personal Injury Complaint and the allegations and Prayer for Relief with regard thereto, as set forth therein:

- [✓] First Cause of Action: Strict Liability – Manufacturing Defect
- [✓] Second Cause of Action: Strict Liability – Design Defect
- [✓] Third Cause of Action: Strict Liability – Defect Due to Inadequate Warnings or Instructions
- [✓] Fourth Cause of Action: Negligence
- [✓] Fifth Cause of Action: Breach of Express Warranty
- [✓] Sixth Cause of Action: Breach of Implied Warranty
- [✓] Seventh Cause of Action: Negligent Misrepresentation
- [✓] Eighth Cause of Action: Fraud
- [✓] Ninth Cause of Action: Fraudulent Concealment
- [✓] Tenth Cause of Action: Punitive Damages
- [ ] Eleventh Cause of Action: Loss of Consortium
- [ ] Other: Plaintiff(s) may assert additional theories and/or Causes of Action. If Plaintiff(s) includes additional theories and/or Causes of Action, the specific facts and allegations supporting additional theories and/or Causes of Action must be pleaded by Plaintiff in sufficient detail as required by the Federal Rules of Civil Procedure. Attach additional pages to this Short Form Complaint, if necessary.

40. As to any Defendant named in this Short Form Complaint that is not named in the Amended Master Personal Injury Complaint, Plaintiff(s) asserts the following allegations, causes of action, and prayer for relief. Attach additional pages to this Short Form Complaint, if necessary.

_____

**WHEREFORE**, Plaintiff(s) prays for relief and judgment against named Defendants and all such further relief that this Court deems equitable and just as set forth in the Amended Master Personal Injury Complaint and any additional relief to which Plaintiff(s) may be entitled.

### JURY DEMAND

Plaintiff(s) hereby demands a trial by jury as to all claims in this action.

Date: August 28, 2024 _____

Signed: John J. Foley _____

Signature block:
John J. Foley
Justin Presnal
SIMMONS HANLY CONROY, LLC
One Court Street
Alton, IL 62002
Phone: 618-259-2222
Fax: 618-259-2251
jfoley@simmonsfirm.com
jpresnal@simmonsfirm.com